MICHAEL C. BAXTER
Oregon State Bar Number 91020
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar Number 99217
justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 SW Canyon Lane, Suite 130
Portland, OR 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff Lee

FILED'08 JUL 11 16:04USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTINA LEE,** | Case No. CV-07-0998-MO |
| Plaintiff, | |
| v. | **ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |
| **TRANS UNION LLC**, a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, **EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation, **CHASE BANK USA, N.A.**, a foreign entity, **CAPITAL ONE FSB**, a foreign entity, **CAPITAL ONE SERVICES, INC.**, a foreign corporation, **JAMES A. WEST, P.C.**, a professional corporation, and, **JAMES A. WEST**, an individual, | |
| Defendants. | |

THIS MATTER having come before the Court on the Stipulation of Dismissal of

Defendant Equifax Information Services LLC with Prejudice and pursuant to FRCP 41(a)(2);

Page 1 – ORDER DISMISSING EQUIFAX

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Equifax Information Services LLC, only, are dismissed with prejudice and without costs or fees to either party.

DONE AND SO ORDERED on this \_11\_ day of \_July\_, 2008.

_____
HONORABLE MICHAEL MOSMAN
UNITED STATES DISTRICT COURT JUDGE

Page 2 – ORDER DISMISSING EQUIFAX